# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TREVOR JUAN BROADNAX, | ) | NO. CV 12-9341-R (MAN) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| KEN CLARK, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). Petitioner requested, and was granted, four extensions of time to file Objections to the Report and, thus, has had seven months in which to file any Objections. The extended time for filing Objections to the Report has passed and no Objections have been filed with the Court. Having completed its review, the Court concludes that the Petition is untimely and accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

///

///

///

Accordingly, IT IS ORDERED that: (1) Respondent's motion to dismiss is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: August 27, 2014

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE