# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JUAN BROADNAX, | NO. CV 12-9341-R (MAN) |
|       Petitioner, | |
|   v. | JUDGMENT |
| KEN CLARK, | |
|       Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 27, 2014

                          MANUEL. L. REAL
                     UNITED STATES DISTRICT JUDGE